UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JUAN C. RAMIREZ,<br><br>        Defendant. | Case No. 20-cv-04359-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 20, 22 |

        On March 15, 2022, Magistrate Judge Hixson issued a Report and Recommendation (the "Report") in this case. Judge Hixson recommends granting plaintiff Scott Johnson's motion for default judgment against defendant Juan C. Ramirez. Ramirez owns the real property and restaurant, Mariscos Puerto Vallarta, located at 7121 Monterey Rd., Gilroy, California. Judge Hixson recommends awarding the following relief: (1) an injunction requiring Ramirez to provide accessible parking and an accessible entrance at Mariscos Puerto Vallarta in compliance with the 2010 ADA Standards for Accessible Design; (2) $4,000 of statutory damages under the Unruh Act; and (3) $1,485 in attorneys' fees and $850 in costs.

        Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2), objections to the Report were due no later than March 31, 2022. No party has filed an objection.

        The Court has reviewed the Report and the docket in this case and agrees with Judge Hixson's recommendations, including his reduction of the statutory damages request from $12,000 to $4,000 and his analysis of reasonable hourly rates for plaintiff's counsel and paralegals and reductions to the rates requested. Accordingly, the Court ADOPTS the Report and GRANTS

1   plaintiff's motion for default judgment as modified by Judge Hixson.

2

3          **IT IS SO ORDERED**.

4

5   Dated: April 5, 2022                            _____
                                                    SUSAN ILLSTON
6                                                   United States District Judge