UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

v.

JUAN C. RAMIREZ,

        Defendant.

Case No. 20-cv-04359-SI

**JUDGMENT**

The Court has granted plaintiff's motion for default judgment. Judgment is hereby entered in favor of plaintiff Scott Johnson and against defendant Juan C. Ramirez as follows: Johnson is awarded (1) an injunction requiring Ramirez to provide accessible parking and an accessible entrance at Mariscos Puerto Vallarta in compliance with the 2010 ADA Standards for Accessible Design; (2) $4,000 of statutory damages under the Unruh Act; and (3) $1,485 in attorneys' fees and $850 in costs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 5, 2022

                SUSAN ILLSTON
                United States District Judge